IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02637-MEH                              **Jury Trial Demanded**

KATHARINA KATJA ISABEL MEIER, et al.,

    Plaintiffs,

v.

ASPEN ACADEMY, et al.,

    Defendants.

---

**Plaintiffs'
Motion to Restrict
under D.C.COLO.LCivR 7.2**

---

1. For good cause shown, i.e. to protect the identity of a minor child, Plaintiffs request an order for Level 1 restriction to the entirety of [ECF 25] filed on February 14, 2024, Plaintiffs' Second Notice of Filing Plaintiffs' First Amended Complaint and all Attachments and Exhibits thereto.. D.C.COLO.LCivR 7.2(b).

**Background**

2. In response to Plaintiffs' Motion for Protective Orders [ECF 21] filed on February 12, 2024, on February 13, 2024 the Court entered an Order [ECF 22] which *inter alia* directed "…Plaintiffs to file a properly redacted copy of [12] the

operative Amended Complaint and its exhibits on or before February 14, 2024 at 5:00 p.m."

3.  On February 14, 2024, Plaintiffs complied with the Court's Order in ECF 22 by filing before 5:00 p.m. Plaintiffs' First Amended Complaint WITH REDACTIONS [ECF 24], a properly redacted copy of the operative Amended Complaint and its ten exhibits [ECF 12].

4.  Shortly thereafter on February 14, 2024, Plaintiffs filed their Notice of Filing Amended Pleading pursuant to F.R.C.P. 15(a)(1) and D.C.COLO.LCivR 15.1(a), entitled "Second Notice of Filing Plaintiffs' First Amended Complaint". Attached to the Notice was the redlined Plaintiffs' First Amended Complaint [ECF 12] showing the first name of a minor child on page 31 in numbered paragraph 73, and deletion of same.

5.  Thus, the unredacted first name of the minor child no longer appears in Plaintiffs' First Amended Complaint WITH REDACTIONS [ECF 24] on page 31 in numbered paragraph 73, but it still appears in [ECF 25] on page 31 in numbered paragraph 73 of the redlined Amended Complaint attached to Plaintiffs' Second Notice of Filing Plaintiffs' First Amended Complaint.

**Plaintiffs shall effect service of process on or before February 20, 2024**

6.      Pursuant to the Court's Minute Order [ECF 14] entered on January 11, 2024, Plaintiffs shall request an issuance of Summons and effect service of process on or before February 20, 2024.

7.      Summons was issued on January 23, 2024 [ECF 20]; however, process has not been served on any named party Defendant.

8.      Plaintiffs' counsel is ready to move forward to have process served upon the Colorado non-profit corporate Defendant and sixteen (16) other named Defendants, all by and through the corporate Defendant's registered agent for service of process located in the Denver metropolitan area (because fifteen named Defendants are on the corporate Defendant's Board of Trustees and one is an employee of the corporate Defendant).

**Relief requested**

9.      For good cause shown, i.e. to protect the identity of the minor child, Plaintiffs' counsel seeks an order for Level 1 restriction, i.e. limiting or prohibiting a nonparty's remote electronic access to a document filed with the court under Fed. R. Civ. P. 5.2(e)(2), to the entirety of Plaintiffs' Second Notice of Filing Plaintiffs' First Amended Complaint [ECF 25] and all Attachments and Exhibits thereto, to

only a *pro se* party, if any, and the counsel of record for each party represented by an attorney.  D.C.COLO.LCivR 7.2(b).

10. Level 1 restriction is reasonable and necessary under these circumstances because it serves to protect the identity of the minor child, but at the same time it gives access to the pleading to the parties and their counsel so they are not prejudiced.  D.C.COLO.LCivR 7.2.

11. Moreover, unrestricted electronic access to Plaintiffs' First Amended Complaint WITH REDACTIONS [ECF 24] serves the public interest in access to the operative pleading without prejudice to the minor child from needless disclosure of their identity,

Dated February 16, 2024.                    Respectfully submitted,

                                                          s/ Stanley Charles Thorne
Stanley Charles Thorne
Thorne Law Firm
14405 W. Colfax Ave. #289
Lakewood, CO 80401
Telephone: (303) 330-1455
E-mail: thorne@thornelawfirm.com
Attorney for Plaintiff

5

## Certificate of Conference

Plaintiffs' counsel recognizes the duty to confer pursuant to D.C.COLO.LCivR 7.1(a), but has not done so because although Summons has issued, no Defendant has been served with process.

                                           s/ Stanley Charles Thorne
                                           Stanley Charles Thorne