IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02637-MEH

KATHARINA KATJA ISABEL MEIER, in her individual personal capacity and in her capacity as next friend of NBM, her minor child,

    Plaintiff,

v.

ASPEN ACADEMY, et al.,

    Defendants.

---

## ORDER OF RECUSAL
---

**Michael E. Hegarty, Chief United States Magistrate Judge.**

    This matter comes before me *sua sponte*. A United States Magistrate Judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a). This is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276–77 (10th Cir. 2000) (internal citations omitted). "[W]hat matters is not the reality of bias or prejudice but its appearance." *Liteky v. United States*, 510 U.S. 540, 548 (1994). In the Tenth Circuit, disqualification should occur in cases where "a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality." *United States v. Cooley*, 1 F.3d 985, 993 (10th Cir. 1993) (internal quotations and citations omitted).

    Upon reviewing this case's file, I conclude that I must recuse myself from further service in this case. On March 7, 2024, my son entered a Notice of Entry of Appearance on behalf of Defendants in this civil action. ECF 32.

**IT IS ORDERED** that I recuse myself from further service in this matter. The Clerk of Court shall reassign this civil action.

**IT IS FURTHER ORDERED** that the Scheduling Conference set for April 11, 2024 and related deadlines are **vacated**. ECF 31.

DATED at Denver, Colorado, this 8th day of March, 2024.

BY THE COURT:

Michael E. Hegarty
Chief United States Magistrate Judge