**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 23-cv-02637-RMR-NRN

KATHARINA KATJA ISABEL MEIER, in her individual personal capacity and in her capacity as next friend of NBM, her minor child,

Plaintiffs,

v.

ASPEN ACADEMY, et al.,

Defendants.

---

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the Court on the Recommendation of United States Magistrate Judge, entered on August 1, 2024, ECF No. 72, addressing Defendants' Motion to Dismiss, ECF No. 58. Magistrate Judge N. Reid Neureiter recommends that the Motions to Dismiss be granted. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). In this matter, the Court has reviewed the Recommendation

to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Even if the Court were to consider the issue de novo, the Court agrees with the Recommendation and finds that it accurately sets forth and applies the appropriate legal standard.

Accordingly, it is **ORDERED** as follows:

1) The Recommendation of the United States Magistrate Judge, ECF No. 72, is **ACCEPTED and ADOPTED**;

2) Defendants' Motion to Dismiss, ECF No. 58 is **GRANTED**;

3) This case is **DISMISSED WITH PREJUDICE**.

DATED:  August 19, 2024

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed R. Civ. P. 72(b).