IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 23-cv-02637-RMR-NRN

KATHARINA KATJA ISABEL MEIER, in her individual personal capacity and in her capacity as next friend of NBM, her minor child,
    Plaintiffs,

v.

ASPEN ACADEMY, et al.,
    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge's Recommendation entered by Judge Regina M. Rodriguez on August 19, 2024 [ECF No. 73] it is

ORDERED that the Recommendation [72], is ACCEPTED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motion to Dismiss [ECF No. 58] is GRANTED and this case is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that judgment is entered in favor of the Defendants and against the Plaintiffs. It is

FURTHER ORDERED that Defendants are awarded their costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

Dated at Denver, Colorado this 19th day of August, 2024.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By:   <u>s/K. Myhaver</u>
                               K. Myhaver
                               Deputy Clerk